SHAWN McDOWELL, Appellant, v STATE OF NEW YORK, Respondent. [771 NYS2d 438]—Appeal from an order of the Court of

Claims (Renee Forgensi Minarik, J.), entered June 11, 2002. The order denied claimant's application for permission to file a late claim pursuant to Court of Claims Act § 10 (6).

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at the Court of Claims. Present— Pigott, Jr., P.J., Pine, Hurlbutt, Kehoe and Hayes, JJ.